| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971)<br>Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ADRIAN CALDERA JIMENEZ, | ) | No. C 08-4661 MEJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT CASE MANAGEMENT |
| MICHAEL MUKASEY, Attorney General | ) | STATEMENT |
| of the United States; et al., | ) | |
| | ) | CASE MANAGEMENT ORDER |
| Respondents. | ) | ORDER VACATING 1/15/09 CMC |
| | ) | |

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Petitioner brought this Complaint under 8 U.S.C. § 1421(c). All parties have been served.

2. Facts: On October 25, 2007, Petitioner's application for naturalization was denied. On June 18, 2008, the U.S. Citizenship and Immigration Services denied Petitioner's administrative appeal.

3. Legal Issues: The principal legal issue the parties dispute is whether Petitioner is eligible for naturalization.

4. Motions: The parties intend to file cross motions for summary judgment.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the

JOINT CASE MANAGEMENT STATEMENT
No. C 08-4661 MEJ          1

administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Petitioner asks for a judicial grant of citizenship. This case does not involve damages.

12. Settlement and ADR: The Court granted the parties' Request to Be Exempt From Formal ADR on January 5, 2009.

13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a magistrate judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

| | |
|---|---|
| Petitioner's Motion for Summary Judgment: | January 29, 2009 |
| Respondents' Opposition and Cross Motion: | February 12, 2009 |
| Petitioner's Reply and Opposition: | February 19, 2009 |
| Respondents' Reply: | February 26, 2009 |
| Hearing: | March 12, 2009 at 10:00 a.m. |

18. Trial: None anticipated.

19. Disclosure of Non-party Interested Entities or Persons: None.

///
///
///
///
///

JOINT CASE MANAGEMENT STATEMENT
No. C 08-4661 MEJ                              2

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: January 8, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: January 8, 2009

/s/
H. NELSON MEEKS
Attorney for Petitioner

**CASE MANAGEMENT ORDER**

The January 15, 2009 CMC is vacated.

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order

Dated: January 8, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
No. C 08-4661 MEJ        3