1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6 |    Telephone: (415) 436-6730
   FAX: (415) 436-7169

7

Attorneys for Respondents

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| ADRIAN CALDERA JIMENEZ, | ) | No. C 08-4661 MEJ |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | |
| | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
| MICHAEL MUKASEY, Attorney General of the United States; et al., | ) | |
| Respondents. | ) | |

17

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

STIPULATION
No. C 08-4661 MEJ       1

The parties hereby stipulate to dismissal of this action, without prejudice. The parties shall bear their own costs and fees.

Dated: January 14, 2009                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           _____
                                                    /s/
                                           MELANIE L. PROCTOR[1]
                                           Assistant United States Attorney
                                           Attorneys for Respondents


Dated: January 13, 2009                    _____
                                                    /s/
                                           H. NELSON MEEKS
                                           Attorney for Petitioner


                                    **ORDER**

        Pursuant to the agreement of the parties, IT IS SO ORDERED. All pending deadlines are hereby terminated. The Clerk shall close the file.


Date:  January 14, 2009                    _____
                                           MARIA-ELENA JAMES
                                           United States Magistrate Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-4661 MEJ                          2